IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE RICHARDSON, )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>NCS, INC., )<br> )<br>Defendant )<br> )<br> ) | **Case No.: 2:14-cv-00473-WHW-CLW** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: February 14, 2014

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Facsimile: (856) 216-7344
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 14th day of February, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Jessica R. Noll
jrn@decklaw.net
705 Douglas Street, Suite 502
Sioux City IA 51101
jrn@decklaw.net

*/s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Facsimile: (856) 216-7344
Email: abennecoff@creditlaw.com
Attorney for Plaintiff